# AFFIDAVIT OF SERVICE

**State of Wisconsin**  **County of Milwaukee**  **Eastern District of Wisconsin Court**

Case Number: 22-CV-880

Plaintiff:
**Michael Poe**

vs.

Defendant:
**Milwaukee County, et al**

For:
GENDE LAW OFFICE, S.C.
N28 W23000 ROUNDY DRIVE
PEWAUKEE,, WI 53072

Received by ELITE PROCESS SERVICE, LLC to be served on **Officer William Mauch c/o Milwaukee Police Department, 749 W. State Street, Milwaukee, WI 53233**.

I, Timothy Stein, being duly sworn, depose and say that on the **17th day of September, 2022** at **12:02 am**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering an authenticated copy of the **Electronically Filed Summons In a Civil Action and Complaint** with the date and hour of service endorsed thereon by me, to: **Officer William Mauch** at the address of: **2920 Vel R. Phillips Ave., MPD District 5, Milwaukee, WI 53212**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
8/30/2022 10:30 am I contacted the MPD Civil Litigation Bureau and spoke with Cherly Wolf who stated that Officer Mauch is assigned to MPD District #5 located at 2920 Vel R. Phillips Ave., Milwaukee, WI 53212 and works the early power shift (11:00 AM to 7:00 PM).
8/30/2022 6:48 pm Attempted service at 2920 Vel R. Phillips Ave., Milwaukee, WI 53212. Once at MPD #5, I was advised that Officer Mauch actually works the 12:00 AM to 8:00 AM shift and is off today.
9/17/2022 12:02 am Officer Mauch was very polite during service.

**Description** of Person Served: Age: 36, Sex: M, Race/Skin Color: White, Height: 6'00", Weight: 220, Hair: Brown, Glasses: N

I the undersigned am an adult resident of the state of Wisconsin over the age of 18 and I am not a party to the above action.

Subscribed and Sworn to before me on the 20th day of September, 2022 by the affiant who is personally known to me. State of Wisconsin, County of Waukesha

NOTARY PUBLIC

Commission Expires: 2-12-25

Timothy Stein
Process Server

ELITE PROCESS SERVICE, LLC
P.O. Box 844
Waukesha, WI 53187
(262) 313-8585

Our Job Serial Number: ELC-2022002077
Service Fee: $50.00

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1u