# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MICHAEL POE,

                   Plaintiff,

v.

CITY OF MILWAUKEE, JAMES
TERRELL, DANIEL SCHAEFER,
OLIVIA OHLSON, NORA R. BURLO,
WILLIAM MAUCH, CHANCE BAMBA,

                   Defendants.

Case No. 22-cv-880-JPS

# TRIAL SCHEDULING
# ORDER

In order that the above-captioned litigation—now pending since August 3, 2022—be brought to conclusion, the following dates have been set before the Honorable J.P. Stadtmueller in the United States District Court for the Eastern District of Wisconsin, Room 425 United States Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin, 53202:

**INTERIM
SETTLEMENT
REPORT:**         **Tuesday, May 2, 2023**

**DISPOSITIVE
MOTIONS:**         **Friday, May 5, 2023**

**FINAL
SETTLEMENT
REPORT:**         **Tuesday, August 1, 2023**

**MOTIONS IN
LIMINE:**         **Friday, August 4, 2023**

**RULE 702**
**MOTIONS:**        **Friday, August 4, 2023**

**FINAL JOINT**
**PRETRIAL**
**REPORT:**        **Wednesday, August 9, 2023 at 2:00 PM**

**FINAL PRETRIAL**
**CONFERENCE:**    **Tuesday, August 15, 2023 at 8:30 AM**

**JURY TRIAL:**      **Monday, August 28, 2023 at 8:30 AM**

Where not otherwise specified, the parties should follow the standard deadlines as set by the Federal Rules of Civil Procedure and the local rules. Motions for extensions of time will not be looked upon favorably. The parties and their counsel are bound by the dates set herein, and no extensions or continuances will be granted without good cause shown.

Dated at Milwaukee, Wisconsin, this 3rd day of October, 2022.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge