UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICHAEL POE,

          Plaintiff,

v.                                                   Case No. 22-CV-880

CITY OF MILWAUKEE,
SERGEANT CHANCE BAMBA,
OFFICER WILLIAM MAUCH,
OFFICER NORA BURLO,
OFFICER OLIVIA OHLSON,
OFFICER DANIEL SCHAEFER, and
OFFICER JAMES TERRELL,

          Defendants.

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Attorney Ryan J. Harrington will no longer be the attorney of record in the above-caption case, and moves the Court to accept his withdrawal as counsel for the defendants, and his name may be removed from the court's efiling distribution list.

Dated at Milwaukee, Wisconsin this 7th day of October, 2022.

                                              TEARMAN SPENCER
                                              City Attorney
                                              s/Christopher P. Jackson
                                              CHRISTOPHER P. JACKSON

**ADDRESS:**                    Assistant City Attorney
200 E. Wells Street             State Bar No. 1120992
CH 800                             *Attorneys for Defendant*
Milwaukee, WI 53202          *City of Milwaukee*
(414) 286-2601 – Telephone
(414) 286-8550 – Facsimile
Email: cjackso@milwaukee.gov

1032-2022-1137/282074