UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

**MICHAEL POE,**

      Plaintiffs

v.

**CITY OF MILWAUKEE,**
**SERGEANT CHANCE BAMBA,**
**OFFICER WILLIAM MAUCH,**
**OFFICER NORA BURLO,**
**OFFICER OLIVIA OHLSON,**
**OFFICER DANIEL SCHAEFER,** and
**OFFICER JAMES TERRELL,**

      Defendants.

**Case No: 22-cv-880**

---

## JOINT INTERIM SETTLEMENT REPORT

---

NOW COME the parties, by and through their respective attorneys, and respectfully advise this Court that initial settlement discussion(s) have occurred and remain ongoing. The City Defendants have also indicated an intention to file dispositive motions in accord with the Court's scheduling order.

Dated at Pewaukee, Wisconsin this 2nd day of May, 2023.

           **GENDE LAW OFFICE, S.C.**
           Attorneys for Plaintiff

     By: _/s/ James J. Gende II_
           James J. Gende II
           State Bar No. 1030921

**MAILING ADDRESS**:
N28W23000 Roundy Dr., Ste.200
Pewaukee, WI 53072
Telephone: (262) 970-8500
Facsimile: (262) 970-7100

Dated at Milwaukee, Wisconsin this 2nd day of May, 2023

                TEARMAN SPENCER
                City Attorney

                ***/s/Christopher P. Jackson***
                CHRISTOPHER P. JACKSON
                Assistant City Attorney
                State Bar No.: 1120992
                Attorney for Defendants

<u>ADDRESS:</u>
Milwaukee City Attorney's Office
200 E Wells St., Ste 800
Milwaukee WI 53202-3515
Phone: 414-286-2666
Fax: (414) 286-8550
Email: cjackso@milwaukee.gov