

*Trial Attorneys You Trust*

July 18, 2023

**VIA E-FILE**
The Hon. J.P. Stadtmueller
United States District Court- Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

      **Re:** *Poe v. City of Milwaukee, et al.*
            **Case No.:** 22-CV-880

Your Honor:

    This matter has been resolved in its entirety. Closing documents will be filed with the Court upon receipt from the City of Milwaukee. Thank you.

                Sincerely,

                **GENDE LAW OFFICE, S.C.**

                James J. Gende II
                State Bar No. 1030921

JJG:JJG

c:    All counsel of record (via e-file)

**N28W23000 ROUNDY DR., SUITE.200**     Board Certified Civil Trial Specialist     **P** 262.970.8500
**PEWAUKEE, WI 53072**     *By the National Board of Trial Advocacy*     **F** 262.970.7100
**MILLION DOLLAR ADVOCATE**
**TOP 100 TRIAL LAWYER**
**TOP 100 HIGH STAKES LITIGATOR**
ALSO LICENSED IN ILLINOIS

