

*Trial Attorneys You Trust*

<u>VIA E-FILE</u>
The Hon. J.P. Stadtmueller
United States District Court- Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

        **Re:**  *Poe v. City of Milwaukee, et al.*
              **Case No.:**  22-CV-880

Your Honor:

    On July 18, 2023, the parties advised the Court this matter had been resolved. (D.37) On July 19, 2023, defense counsel forwarded a release requesting signatures for tender of payment:

> **From:** Williams, Jennifer <jewill@milwaukee.gov>
> **Sent:** Wednesday, July 19, 2023 10:22 AM
> **To:** James Gende <jamesg@jamesgendelaw.com>
> **Cc:** Rios Sein, Yasarina <yrioss@milwaukee.gov>; Williams, Jennifer <jewill@milwaukee.gov>
> **Subject:** RE: Poe v. Bamba, et al.; Case No.22CV880
>
> Dear Mr. Gende,
>
> Please find attached a draft settlement agreement for your client, Mr. Poe. *Upon tender of a signed copy, I can tender payment*, however, please be advised that obtaining a check within the City is and can be a lengthy process… (emphasis added)

That same day, a signed copy was returned to defense counsel. On September 12, 2023, defense counsel suggested to this Court that plaintiff's counsel had been remiss in providing notarized releases for tender of payment. (D.39) Not accurate and the 7-19-23 email from Attorney William's confirms the City's position on tender. We still await payment. Thank you.

---



N28W23000 Roundy dr., Suite.200     Board Certified Civil Trial Specialist     P 262.970.8500
Pewaukee, WI 53072     *By the National Board of Trial Advocacy*     F 262.970.7100
                                 Million Dollar Advocate
                                 Top 100 trial lawyer
                                 Top 100 high stakes litigator
                                 Also Licensed in Illinois

Sincerely,

**GENDE LAW OFFICE, S.C.**

James J. Gende II
State Bar No. 1030921

JJG:JJG