

*Trial Attorneys You Trust*

October 29, 2023

**VIA E-FILE**
The Hon. J.P. Stadtmueller
United States District Court- Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

      **Re:**   *Poe v. City of Milwaukee, et al.*
             **Case No.:**   22-CV-880

Dear Clerk:

    Shortly after plaintiff's motion to compel settlement (D.42) was filed, the defendants tendered funds. As a result, plaintiff's further action in this matter is unnecessary. Closing documents will be forwarded in the near future resolving this case in its entirety. Thank you.

                          Sincerely,

                          **GENDE LAW OFFICE, S.C.**

                          James J. Gende II
                          State Bar No. 1030921

JJG:JJG

c:    All counsel of record (via e-file)

**N28W23000 ROUNDY DR., SUITE.200**   Board Certified Civil Trial Specialist   P 262.970.8500
**PEWAUKEE, WI 53072**   *By the National Board of Trial Advocacy*   F 262.970.7100
                            **MILLION DOLLAR ADVOCATE**
                            **TOP 100 TRIAL LAWYER**
                         **TOP 100 HIGH STAKES LITIGATOR**
                              *ALSO LICENSED IN ILLINOIS*

